No. 95–503. ORTALIZA ET UX. *v.* GENERAL MILLS, INC. C. A. 9th Cir. Certiorari denied.

No. 95–504. FLORIDA *v.* MIRAGAYA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 95–506. VERMONT INFORMATION PROCESSING, INC. *v.* COMMISSIONER, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE. Ct. App. N. Y. Certiorari denied.

No. 95–507. SETTLE *v.* DICKSON COUNTY SCHOOL BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–508. KEARNS *v.* CHRYSLER CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 95–510. THOMAS *v.* WHALEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–512. BOYETTE *v.* AMERICAN INTERNATIONAL ADJUSTMENT CO., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–513. BANK MELLI IRAN ET AL. *v.* PAHLAVI. C. A. 9th Cir. Certiorari denied.

No. 95–514. NOONE ET AL. *v.* NEW ENGLAND TELEPHONE CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–519. CHAVEZ ET UX. *v.* COPPER STATE RUBBER OF ARIZONA, INC., ET AL. Ct. App. Ariz. Certiorari denied.

No. 95–528. SCHOEMER ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–542. LEON *v.* SUPREME COURT OF FLORIDA AND FLORIDA BOARD OF BAR EXAMINERS. Sup. Ct. Fla. Certiorari denied.

No. 95–560. BURLINGTON AIR EXPRESS, INC. *v.* GEORGIA PACIFIC CORP. ET AL. Ct. App. Ga. Certiorari denied.